## Case No. 17,302.

### WAY v. SELBY.

[2 Cranch, C. C. 44.] [1]

Circuit Court, District of Columbia.    June Term, 1812.

BAIL.

Affidavit to hold to bail.

N. B. Vanzandt had been discharged under the insolvent act. The account was headed "Martha Selby, Dr. to estate of N. B. Vanzandt." To this was appended an affidavit of Mr. Vanzandt that the account was just and true as stated, and that he had received no part, parcel, security, nor satisfaction therefor, more than the credits given.

F. S. Key, for defendant, moved to appear without bail because there ought to be an affidavit by Way, the trustee, that he had not received the balance.

THE COURT was of that opinion and permitted the defendant to appear without bail.